IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IPCO, LLC, | : |
|     **Plaintiff/ Counterclaim-Defendant** | : |
| v. | :   Civil Action No. 1:05-CV-1138 CC |
| Elster Electricity, LLC, | : |
|     **Defendant/ Counterclaim-Plaintiff** | : |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, pursuant to a Settlement Agreement, have reached an agreement as to all matters raised in this action. Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant, IP Co., LLC, and Defendant and Counterclaim Plaintiff, Elster Electricity, LLC, and through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction to resolve any disputes arising under, and to otherwise enforce, the Settlement Agreement.

| DUANE MORRIS, LLP | WOODCOCK WASHBURN LLP |
|---|---|
| *(signature)* | *(signature)* |
| John C. Herman | Steven J. Rocci (PA Bar No. 34581) |
| (Georgia Bar No. 348370) | Steven B. Samuels (PA Bar No. 67506) |
| Matthew C. Gaudet | David R. Bailey (PA Bar No. 59483) |
| (Georgia Bar No. 287789) | Daniel J. Goettle |
| Antony L. Sanacory | One Liberty Place – 46th Floor |
| (Georgia Bar No. 625195) | Philadelphia, PA 19103 |
| 1180 West Peachtree Street | (215) 564-8275 (phone) |
| Suite 700 | (215) 568-3439 (fax) |
| Atlanta, GA 30309-3448 | |
| (404) 253-6900 | Kirk W. Watkins |
| | **WOMBLE CARYLE SANDRIDGE & RICE, PLLC** |
| *Attorneys for Plaintiff/Counterclaim-Defendant* | 1201 W. Peachtree Street |
| | Suite 3500 |
| | Atlanta, Georgia 30309 |
| | (404) 872-7000 (phone), |
| | (404) 870-8170 (fax) |
| | |
| | *Attorneys for Defendant/Counterclaim Plaintiff* |

SO ORDERED this 28th day of August, 2006.

*(signature)*